**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Marianne O. Battani |
| **In Re: WIRE HARNESS SYSTEMS CASES** | |
| **THIS RELATES TO:**<br>**ALL DEALERSHIP ACTIONS** | W:12-cv-00102-MOB-MKM |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Automobile Dealer Plaintiffs hereby give notice of their voluntary dismissal of defendants Leoni Wire, Inc. and Leoni Kabel, GMBH, from this action. Dismissal of this action against Leoni Wire, Inc. and Leoni Kabel, GMBH, is without prejudice and the Automobile Dealer Plaintiffs and Leoni Wire, Inc. and Leoni Kabel, GMBH, shall bear their own attorneys' fees and costs. Leoni Wire, Inc. and Leoni Kabel, GMBH, have not filed an answer or motion for summary judgment with respect to the Automobile Dealer Plaintiffs' Consolidated Class Complaint or any other complaint filed by the Automobile Dealer Plaintiffs in this action.

Dated: December 4, 2012

/s/ Gerard V. Mantese
Gerard V. Mantese (P34424)
David Hansma (P71056)
Brendan Frey (P70893)
Joshua Lushnat (P75319)
MANTESE HONINGMAN ROSSMAN
AND WILLIAMSON, P.C.
1361 E. Big Beaver Road
Troy, MI 48083
(248) 457-9200 Ext. 203
gmantese@manteselaw.com
dhansma@manteselaw.com
bfrey@manteselaw.com
jlushnat@manteselaw.com

**AUTOMOBILE DEALER INTERIM LIAISON COUNSEL**

Don Barrett
David McMullan
Brian Herrington
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square
Lexington, MS 39095
(662) 834-2488
dbarrett@barrettlawgroup.com
bherrington@barrettlawgroup.com
dmcmullan@barrettlawgroup.com

Jonathan W. Cuneo
Joel Davidow
Victoria Romanenko
CUNEO GILBERT & LADUCA, LLP
507 C Street, N.E.
Washington, DC 20002
(202) 789-3960
jonc@cuneolaw.com
Joel@cuneolaw.com
Vicky@cuneolaw.com

Shawn M. Raiter
Paul A. Sand
Larson ● King, LLP
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6500
sraiter@larsonking.com
psand@larsonking.com

**INTERIM LEAD COUNSEL FOR AUTOMOBILE DEALER PLAINTIFFS AND PROPOSED CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2012 I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/Sherri Sikorski_______
Sherri Sikorski
Mantese Honigman Rossman and
Williamson, P.C.
1361 E. Big Beaver Rd.
Troy, Michigan 48083
Telephone: (248) 457-9200
Ssikorski@manteselaw.com