**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

IN RE: AUTOMOTIVE PARTS
ANTITRUST LITIGATION                         MASTER FILE NO. 12-md-02311

_____

In Re: Wire Harness Cases                    HON. MARIANNE O. BATTANI

_____

THIS DOCUMENT RELATES TO:

Dealership Actions                           2:12-cv-00102

_____/

**OPINION AND ORDER GRANTING IN PART AND
DENYING IN PART YAZAKI CORPORATIONS' MOTION TO DISMISS
THE AUTOMOBILE DEALERS' CONSOLIDATED CLASS COMPLAINT**

Before the Court is Defendant Yazaki Corporations's Motion to Dismiss the Automobile Dealers' Consolidated Class Complaint (Doc. No. 358).  Yazaki Corporation filed its motion and accompanying memorandum of law in support, in which it "fully adopt[ed] and incorporate[d] by reference the arguments advanced in Defendants' Collective Memorandum of Law in Support of Defendants' Collective motion to Dismiss the End-Payors' Corrected Consolidated Amended Class Action and Complaint and the Automobile Dealers' Consolidated Class Complaint. See Doc. No. 258 at 2.

For the reasons articulated in the Court's Opinion and Order Granting in Part and Denying in Part Collective Defendants' Motion to Dismiss Indirect Purchaser Actions,

Yazaki Corporation's Motion is **GRANTED in part and DENIED in part**.

ADPs' antitrust claims under Massachusetts, Missouri, and Illinois are **DISMISSED**.  The applicable statutes of limitation limit damages under the laws of Utah and New Hampshire.  ADPs' consumer protection claims under Arizona, Iowa, Kansas, Massachusetts, Michigan, Mississippi, Missouri, Montana, New Hampshire, New Mexico, Nebraska, New York, North Carolina, North Dakota, Rhode Island, South Dakota, Vermont, and the District of Columbia are **DISMISSED**.

**IT IS SO ORDERED.**

s/Marianne O. Battani
MARIANNE O. BATTANI
UNITED STATES DISTRICT JUDGE

Date: June 6, 2013


CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Opinion and Order was served upon all parties of record via the Court's ECF Filing System.

s/Bernadette M. Thebolt
Case Manager