## EXHIBIT LIST

1. Exhibit 1- *Miri v. Dillon*, 2013 WL 2034310, at *12 (E.D. Mich. May 14, 2013).

2. Exhibit 2-Dealership Plaintiffs' Second Consolidated Class Action Complaint

3. Exhibit 3- Proposed Order Granting Dealership Plaintiffs' Motion for Leave to Amend Consolidated Class Complaint