UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | 12-md-02311<br>Honorable Marianne O. Battani |
| In Re: WIRE HARNESS CASES | |
| THIS DOCUMENT RELATES TO:<br>ALL DEALERSHIP CASES | 2:12-cv-00102-MOB-MKM |

**RESPONSE OF NON-SETTLING DEFENDANTS TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANTS LEAR CORPORATION AND KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC AND <u>PROVISIONAL CERTIFICATION OF A SETTLEMENT CLASS [ECF No. 174]</u>**

1

Defendants[1] (collectively, the "Non-Settling Defendants") submit the following statement in response to the Motion for Preliminary Approval of Proposed Settlement with Defendants Lear Corporation and Kyungshin-Lear Sales and Engineering, LLC, and for Provisional Certification of a Settlement Class (No. 12-cv-00102, ECF No. 174) ("Motion") filed by Dealership Plaintiffs ("Plaintiffs") on June 13, 2014, in the above-captioned action. As part of the settlement process, Plaintiffs ask the Court, among other things, to certify a "Settlement Class" that is consistent with the purported class on whose behalf Plaintiffs have brought claims against all of the Defendants.

## A. Any Order Preliminarily or Finally Approving the Proposed Settlement Should Include the Language Set Forth in Paragraph 14 of Plaintiffs' Proposed Order.

The Non-Settling Defendants expect to contest a motion for class certification once that motion becomes ripe for consideration on a fully formed record. The Non-Settling Defendants expect to demonstrate that legal and factual issues differ across the range of the various purported class members, that those individual issues predominate over common issues, and that such individual issues will render trial on a class basis unmanageable, such that the class will not meet the certification requirements of Rule 23 of the Federal Rules of Civil Procedure.

Plaintiffs' Motion, and more importantly, its Proposed Order, both recognize that the question of class certification of a litigation class will be hotly contested. To avoid a premature dispute and allow its purported settlement class to proceed, Plaintiffs have included the following language in their Proposed Order Granting Preliminary Approval of Settlement:

> The Court's provisional certification of the Settlement Class as provided herein is

---

[1] *DENSO Corporation, DENSO International America, Inc., Fujikura Ltd., Fujikura Automotive America LLC, Furukawa Electric Co., Ltd., American Furukawa, Inc., G.S. Electech, Inc., G.S.W. Manufacturing, Inc., G.S. Wiring Systems, Inc., K&S Wiring Systems, Inc., Leoni Wiring Systems, Inc., Leonische Holding Inc., Sumitomo Electric Industries, Ltd., Sumitomo Electric Wiring Systems, Inc., Sumitomo Wiring Systems, Ltd., Sumitomo Wiring Systems (U.S.A.) Inc., Tokai Rika Co., Ltd., and TRAM, Inc.*

2

> without prejudice to, or waiver of, the rights of any Defendants to contest certification of any other class proposed in these coordinated actions. The Court's findings in this Order shall have no effect on the Court's ruling on any motion to certify any class in these actions or on the Court's ruling(s) concerning any Defendant's motion; and no party may cite or refer to the Court's approval of the Settlement Class as persuasive or binding authority with respect to any motion to certify any such class or any Defendant's motion.

Proposed Order Granting Dealership Plaintiffs' Motion for Preliminary Approval of Settlement with Defendants Lear Corporation and Kyungshin-Lear Sales and Engineering, LLC and Provisional Certification of a Settlement Class at ¶ 14, No. 12-cv-00102, ECF No. 174-2.

The Non-Settling Defendants endorse these provisions and request that they be included in any resulting Orders if the Court should decide to preliminarily or finally approve the proposed settlement. If the Court were to decide not to include such language, Non-Settling Defendants hereby move for the additional and necessary time needed to take discovery and develop the factual record necessary to present a fully briefed motion on class certification to the Court.

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  |  | LATHAM & WATKINS LLP |
|  |  | */s/ Marguerite M. Sullivan* |
| June 25, 2014 | By: | Marguerite M. Sullivan<br>Jeffrey H. Newhouse<br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Telephone: (202) 637-2200<br>Fax: (202) 637-2201<br>marguerite.sullivan@lw.com<br>jeffrey.newhouse@lw.com |

        Daniel M. Wall
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415)391-0600
Fax: (415)395-8095
dan.wall@lw.com

William H. Horton (P31567)
GIARMARCO, MULLINS & HORTON, P.C.
101 West Big Beaver Road, Tenth Floor
Troy, MI 48084-5280
Telephone: 248-457-7060
bhorton@gmhlaw.com

*Attorneys for Defendants Sumitomo Electric Industries, Ltd.; Sumitomo Wiring Systems, Ltd.; Sumitomo Electric Wiring Systems, Inc.; K&S Wiring Systems, Inc.; and Sumitomo Wiring Systems (U.S.A.) Inc.*


WILMER CUTLER PICKERING HALE AND DORR LLP

*/s/ Steven F. Cherry (with consent)*
By:   Steven F. Cherry
David P. Donovan
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Fax: (202) 663-6363
steven.cherry@wilmerhale.com
david.donovan@wilmerhale.com

*Attorneys for Defendants DENSO International America, Inc. and DENSO Corporation*

Steven M. Zarowny (P33362)
General Counsel
DENSO International America, Inc.
24777 Denso Drive

4

               Southfield, MI 48033
               Telephone: (248) 372-8252
               Fax:   (248) 213-2551
               steve_zarowny@denso-diam.com

               *Attorney for Defendant DENSO*
               *International America, Inc.*


               ARNOLD & PORTER LLP

               */s/ James L. Cooper (with consent)*
June 25, 2014      By: James L. Cooper
               Michael A. Rubin
               Laura Cofer Taylor
               Katherine Clemons
               ARNOLD & PORTER LLP
               555 Twelfth Street NW
               Washington, DC 20004
               Telephone: (202) 942-5000
               Fax: (202) 942-5999
               james.cooper@aporter.com
               michael.rubin@aporter.com
               laura.taylor@aporter.com
               katherine.clemons@aporter.com

               Joanne Geha Swanson (P33594)
               Fred Herrmann (P49519)
               Matthew L. Powell (P69186)
               500 Woodward Avenue, Suite 2500
               KERR, RUSSELL AND WEBER, PLC
               Detroit, MI 48226
               Telephone: (313) 961-0200
               Fax: (313) 961-0388
               jswanson@kerr-russell.com
               fherrmann@kerr-russell.com
               mpowell@kerr-russell.com

               *Attorneys for Defendants Fujikura Ltd. and*
               *Fujikura Automotive America LLC.*


               O'MELVENY & MYERS LLP

               */s/ Michael F. Tubach (with consent)*
June 25, 2014      By: Michael F. Tubach

                                    O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700
(415) 984-8701 (facsimile)
Mtubach@omm.com

Michael R. Turco (P48705)
BROOKS WILKINS SHARKEY & TURCO PLLC
401 South Old Woodward, Suite 400
Birmingham, MI 48009
Telephone: (248) 971-1713
Fax: (248) 971-1801
turco@bwst-law.com

*Attorneys for Defendants Leoni Wiring Systems, Inc. and Leonische Holding Inc.*


LANE POWELL PC

*/s/ Larry S. Gangnes (with consent)*

June 25, 2014      By:    Larry S. Gangnes
LANE POWELL PC
1420 Fifth Ave., Suite 4100
Seattle, WA 98101-2338
(206) 223-7000
(206) 223-7107 (facsimile)
gangnesl@lanepowell.com

Craig D. Bachman
Kenneth R. Davis II
Darin M. Sands
Masayuki Yamaguchi
LANE POWELL PC
ODS Tower
601 SW Second Ave., Suite 2100
Portland, OR 97204-3158
Telephone: (503) 778-2100
Facsimile: (503) 778-2200
bachmanc@lanepowell.com
davisk@lanepowell.com
sandsd@lanepowell.com
yamaguchim@lanepowell.com

        Richard D. Bisio (P30246)
        Ronald S. Nixon (P57117)
        KEMP KLEIN LAW FIRM
        201 W. Big Beaver, Suite 600
        Troy, MI 48084
        Telephone:  (248) 528-1111
        Facsimile:  (248) 528-5129
        richard.bisio@kkue.com
        ron.nixon@kkue.com

*Attorneys for Defendants American Furukawa, Inc., and Furukawa Electric Co., Ltd.*


BUTZEL LONG

*/s/ David F. DuMouchel (with consent)*

June 25, 2014    By:    David F. DuMouchel (P25658)
        George B. Donnini (P66793)
        BUTZEL LONG
        150 West Jefferson, Suite 100
        Detroit, MI 48226
        Telephone: (313)225-7000
        dumouchd@butzel.com
        donnini@butzel.com

        W. Todd Miller
        BAKER & MILLER PLLC
        2401 Pennsylvania Ave., NW, Suite 300
        Washington, DC 20037
        Telephone: (202)663-7820
        TMiller@bakerandmiller.com

*Attorneys for Defendants Tokai Rika Co., Ltd. and TRAM, Inc.*


PORTER WRIGHT MORRIS & ARTHUR LLP

*/s/ Donald M. Barnes (with consent)*

June 25, 2014    By:    Donald M. Barnes
        Salvatore A. Romano
        John C. Monica
        Molly S. Crabtree

                        Karri N. Allen
                        PORTER WRIGHT MORRIS & ARTHUR LLP
                        1919 Pennsylvania Ave., NW, Ste 500
                        Washington, DC 20006
                        Telephone: (202) 778-3054
                        Facsimile: (202) 778-3063
                        dbarnes@porterwright.com
                        sromano@porterwright.com
                        jmonica@porterwright.com
                        mcrabtree@porterwright.com
                        kallen@porterwright.com

                        *Attorneys for Defendants G.S. Electech, Inc., G.S.W. Manufacturing, Inc., and G.S. Wiring Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I caused the foregoing **RESPONSE OF NON-SETTLING DEFENDANTS TO MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DEFENDANTS LEAR CORPORATION AND KYUNGSHIN-LEAR SALES AND ENGINEERING, LLC AND PROVISIONAL CERTIFICATION OF A SETTLEMENT CLASS** to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>*/s/ Marguerite M. Sullivan*
>Marguerite M. Sullivan