# INDEX OF EXHIBITS TO DECLARATION OF EMMA K. BURTON IN SUPPORT OF CERTAIN AUTOMOBILE DEALERSHIP SETTLEMENT CLASS MEMBERS' MOTION TO ENFORCE PLANS OF ALLOCATION WITH REGARD TO RESERVE FUND ELIGIBILITY

| Exhibit | Description | Date |
|---|---|---|
| A. | J. Cuneo Letter to E. Burton Regarding Reserve Funds Distribution | 7/10/20 |
| B. | Email Correspondence Between J. Kelly, J. Cuneo, and E. Burton re: Auto Parts - Reserve Distribution Inquiry | 7/16/20<br>7/17/20<br>7/22/20 |