# EXHIBIT B

**Burton, Emma**

---

| | |
|---|---|
| **From:** | Burton, Emma |
| **Sent:** | Wednesday, July 22, 2020 6:27 PM |
| **To:** | 'Jennifer Kelly' |
| **Cc:** | Scott DiCarlo; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace; Sparky (gmail.com); DonBarrettPA@gmail.com; Sasse, Daniel; Arbabi, Deborah; Jon Cuneo; Rives, Ann; Lines, Joe |
| **Subject:** | RE: Auto Parts - Reserve Distribution Inquiry |

Thanks, Jen, but that was not our understanding following the July 15 call. Is class counsel now explicitly refusing to allow adequate time for briefing on this issue? We are happy to discuss an expedited schedule with you, and if we file an emergency motion to delay distribution the court is likely to order us to meet and confer over a briefing schedule anyway.

I am available by phone this evening to discuss (301-602-9536). Otherwise, we request your response by 10amEST tomorrow (07/23).

Best,
Emma

---

**From:** Jennifer Kelly [mailto:jkelly@cuneolaw.com]
**Sent:** Wednesday, July 22, 2020 5:07 PM
**To:** Burton, Emma
**Cc:** Scott DiCarlo; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace; Sparky (gmail.com); DonBarrettPA@gmail.com; Sasse, Daniel; Arbabi, Deborah; Jon Cuneo; Jennifer Kelly
**Subject:** RE: Auto Parts - Reserve Distribution Inquiry

External Email

Hi Emma,

Our understanding was that you would try to obtain an order from the court directing us not to distribute reserve funds by July 31, 2020. That is to say, we plan to move forward with reserve fund distribution as soon as possible after July 31, 2020, unless an order is in place at that time.

Take care,

Jen

Jennifer E. Kelly
Cuneo Gilbert & LaDuca, LLP
Suite 200
4725 Wisconsin Avenue, NW
Washington, DC 20016
202-789-3960 (main)

1

202-905-0995 (direct)
202-734-8537 (cell)
jkelly@cuneolaw.com

**From:** Burton, Emma <EBurton@crowell.com>
**Sent:** Friday, July 17, 2020 1:06 PM
**To:** Jennifer Kelly <jkelly@cuneolaw.com>
**Cc:** Scott DiCarlo <Scott.DiCarlo@kccllc.com>; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace <dml@lovelacelaw.com>; Sparky (gmail.com) <sparkylovelace@gmail.com>; DonBarrettPA@gmail.com; Sasse, Daniel <DSasse@crowell.com>; Arbabi, Deborah <DArbabi@crowell.com>; Jon Cuneo <JonC@cuneolaw.com>
**Subject:** RE: Auto Parts - Reserve Distribution Inquiry

Hi Jen –

Thank you for following-up on the reserve fund eligibility issue. As we discussed on the Wednesday call, we are preparing to file a motion no later than July 31, 2020, based on Jon's representation that no reserve funds would be distributed prior to that date.

Please let us know if you have any questions.


Best,
Emma



**Emma Burton** | Crowell & Moring LLP
1001 Pennsylvania Avenue NW | Washington, DC 20004
202-624-2974 (direct) | 301-602-9536 (mobile)

**From:** Jennifer Kelly [mailto:jkelly@cuneolaw.com]
**Sent:** Thursday, July 16, 2020 1:37 PM
**To:** Burton, Emma
**Cc:** Scott DiCarlo; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace; Sparky (gmail.com); DonBarrettPA@gmail.com; Sasse, Daniel; Arbabi, Deborah; Jon Cuneo; Jennifer Kelly
**Subject:** RE: Auto Parts - Reserve Distribution Inquiry

External Email

Emma,

As Jon indicated we would during our call yesterday, we checked with our co-lead counsel and we cannot accommodate your request regarding reserve fund distributions.

Take care,

Jen

Jennifer E. Kelly
Cuneo Gilbert & LaDuca, LLP
Suite 200
4725 Wisconsin Avenue, NW

2

Washington, DC 20016
202-789-3960 (main)
202-905-0995 (direct)
202-734-8537 (cell)
jkelly@cuneolaw.com

**From:** Burton, Emma <EBurton@crowell.com>
**Sent:** Wednesday, July 15, 2020 12:06 PM
**To:** Jon Cuneo <JonC@cuneolaw.com>
**Cc:** Scott DiCarlo <Scott.DiCarlo@kccllc.com>; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace <dml@lovelacelaw.com>; Sparky (gmail.com) <sparkylovelace@gmail.com>; DonBarrettPA@gmail.com; Jennifer Kelly <jkelly@cuneolaw.com>; Sasse, Daniel <DSasse@crowell.com>; Arbabi, Deborah <DArbabi@crowell.com>
**Subject:** RE: Auto Parts - Reserve Distribution Inquiry

You can call me directly – 301-602-9536.

Thanks.

**From:** Jon Cuneo [mailto:JonC@cuneolaw.com]
**Sent:** Wednesday, July 15, 2020 12:05 PM
**To:** Burton, Emma
**Cc:** Scott DiCarlo; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace; Sparky (gmail.com); DonBarrettPA@gmail.com; Jennifer Kelly; Sasse, Daniel; Arbabi, Deborah
**Subject:** Re: Auto Parts - Reserve Distribution Inquiry

External Email

I cannot get on your line. How can Jen and I reach you? Jon

Sent from my iPad

On Jul 15, 2020, at 8:26 AM, Burton, Emma <EBurton@crowell.com> wrote:

> Hi Jon –
>
> Yes, we can shift call to 12:00EST today. I will update the call invite shortly.
>
> Thanks,
> Emma
>
> **From:** Jon Cuneo [mailto:JonC@cuneolaw.com]
> **Sent:** Wednesday, July 15, 2020 7:34 AM
> **To:** Burton, Emma
> **Cc:** Scott DiCarlo; Alfonso.Rogers@kccllc.com; sraiter@larsonking.com; Dewitt M. Lovelace; Sparky (gmail.com); DonBarrettPA@gmail.com; Jennifer Kelly; Sasse, Daniel; Arbabi, Deborah
> **Subject:** Re: Auto Parts - Reserve Distribution Inquiry
>
> External Email

3

Good morning Emma (and Jen)

I've had a change in schedule, alas, and need to move our call.  Would noon work?

Jon


Sent from my iPhone


On Jul 14, 2020, at 4:28 PM, Burton, Emma <EBurton@crowell.com> wrote:

> Hi Jon –
>
> Tomorrow (Wednesday) at 10:00amEST works well on my end.
>
> I will forward a calendar invite with a dial-in number shortly and look forward to connecting then.
>
>
> Best,
> Emma
>
>
>
> **From:** Jon Cuneo [mailto:JonC@cuneolaw.com]
> **Sent:** Tuesday, July 14, 2020 4:02 PM
> **To:** Burton, Emma
> **Cc:** Scott DiCarlo; Alfonso.Rogers@kcdllc.com; sraiter@larsonking.com; Dewitt M. Lovelace; Sparky (gmail.com); DonBarrettPA@gmail.com; Jennifer Kelly; Sasse, Daniel; Arbabi, Deborah
> **Subject:** Re: Auto Parts - Reserve Distribution Inquiry
>
> External Email
>
> 10am tomorrow, Wednesday 7/15?
>
> Sent from my iPhone
>
>
> On Jul 13, 2020, at 10:59 PM, Burton, Emma <EBurton@crowell.com> wrote:
>
>> Jonathan –
>>
>> Thank you for your letter regarding reserve fund distribution in the Dealership settlements.  I would like to schedule a time to discuss in more detail.  Please let me know your availability for a call this week.
>>
>> Best,

4

Emma

**Emma Burton** | Crowell & Moring LLP
1001 Pennsylvania Avenue NW | Washington, DC 20004
202-624-2974 (direct) | 301-602-9536 (mobile)

**From:** Jennifer Kelly [mailto:jkelly@cuneolaw.com]
**Sent:** Friday, July 10, 2020 5:29 PM
**To:** Burton, Emma
**Cc:** Scott DiCarlo; Alfonso.Rogers@kcdllc.com; Jon Cuneo; 'sraiter@larsonking.com'; Dewitt M. Lovelace; Sparky (gmail.com); Jennifer Kelly; DonBarrettPA@gmail.com
**Subject:** Auto Parts - Reserve Distribution Inquiry

External Email

Ms. Burton –

Please see the attached letter responding to your settlement reserves distribution inquiry.

Take care,

Jen

Jennifer E. Kelly
Cuneo Gilbert & LaDuca, LLP
Suite 200
4725 Wisconsin Avenue, NW
Washington, DC 20016
202-789-3960 (main)
202-905-0995 (direct)
202-734-8537 (cell)
jkelly@cuneolaw.com

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.

<2020.07.10 Cuneo Letter to E Burton re Reserves Distribution.pdf>

5