UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

_____

| | |
|---|---|
| IN RE: AUTOMOTIVE PARTS ANTITRUST LITIGATION | No. 12-md-02311<br>Hon. Sean F. Cox |

_____

| | |
|---|---|
| IN RE: AUTOMOTIVE WIRE HARNESSES | CASE NO. 2:12-CV-00102 |
| IN RE: INSTRUMENT PANEL CLUSTERS | CASE NO. 2:12-CV-00202 |
| IN RE: FUEL SENDERS | CASE NO. 2:12-CV-00302 |
| IN RE: HEATER CONTROL PANELS | CASE NO. 2:12-CV-00402 |
| IN RE: BEARINGS | CASE NO. 2:12-CV-00502 |
| IN RE: OCCUPANT SAFETY SYSTEMS | CASE NO. 2:12-CV-00602 |
| IN RE: ALTERNATORS | CASE NO. 2:13-CV-00702 |
| IN RE: ANTI-VIBRATION RUBBER PARTS | CASE NO. 2:13-CV-00802 |
| IN RE: WINDSHIELD WIPERS | CASE NO. 2:13-CV-00902 |
| IN RE: RADIATORS | CASE NO. 2:13-CV-01002 |
| IN RE: STARTERS | CASE NO. 2:13-CV-01102 |
| IN RE: AUTOMOTIVE LAMPS | CASE NO. 2:13-CV-01202 |
| IN RE: SWITCHES | CASE NO. 2:13-CV-01302 |
| IN RE: IGNITION COILS | CASE NO. 2:13-CV-01402 |
| IN RE: MOTOR GENERATORS | CASE NO. 2:13-CV-01502 |
| IN RE: STEERING ANGLE SENSORS | CASE NO. 2:13-CV-01602 |
| IN RE: HID BALLASTS | CASE NO. 2:13-CV-01702 |
| IN RE: INVERTERS | CASE NO. 2:13-CV-01802 |
| IN RE: ELECTRONIC POWERED STEERING ASSEMBLIES | CASE NO. 2:13-CV-01902 |
| IN RE: AIR FLOW METERS | CASE NO. 2:13-CV-02002 |
| IN RE: FAN MOTORS | CASE NO. 2:13-CV-02102 |
| IN RE: FUEL INJECTION SYSTEMS | CASE NO. 2:13-CV-02202 |
| IN RE: POWER WINDOW MOTORS | CASE NO. 2:13-CV-02302 |
| IN RE: AUTOMATIC TRANSMISSION FLUID WARMERS | CASE NO. 2:13-CV-02402 |
| IN RE: VALVE TIMING CONTROL DEVICES | CASE NO. 2:13-CV-02502 |
| IN RE: ELECTRONIC THROTTLE BODIES | CASE NO. 2:13-CV-02602 |
| IN RE: AIR CONDITIONING SYSTEMS | CASE NO. 2:13-CV-02702 |
| IN RE: WINDSHIELD WASHERS | CASE NO. 2:13-CV-02802 |
| IN RE: CONSTANT VELOCITY JOINT BOOTS | CASE NO. 2:14-CV-02902 |
| IN RE: SPARK PLUGS | CASE NO. 2:15-CV-03002 |
| IN RE: AUTOMOTIVE HOSES | CASE NO. 2:15-CV-03202 |

-2-

| | |
|---|---|
| IN RE: SHOCK ABSORBERS | CASE NO. 2:16-CV-03302 |
| IN RE: BODY SEALING PRODUCTS | CASE NO. 2:16-CV-03402 |
| IN RE: INTERIOR TRIM PRODUCTS | CASE NO. 2:16-CV-03502 |
| IN RE: BRAKE HOSES | CASE NO. 2:16-CV-03602 |
| IN RE: EXHAUST SYSTEMS | CASE NO. 2:16-CV-03702 |
| IN RE: CERAMIC SUBSTRATES | CASE NO. 2:16-CV-03802 |
| IN RE: POWER WINDOW SWITCHES | CASE NO. 2:16-CV-03902 |
| IN RE: AUTOMOTIVE STEEL TUBES | CASE NO. 2:16-CV-04002 |
| IN RE: ACCESS MECHANISMS | CASE NO. 2:16-CV-04102 |
| IN RE: MINIMODULES | CASE NO. 2:17-CV-04302 |
| IN RE: SIDE DOOR LATCHES | CASE NO. 2:17-CV-13005 |

THIS DOCUMENT RELATES TO:
Automobile Dealership Actions

**APPENDIX OF EXHIBITS IN SUPPORT OF CERTAIN AUTOMOBILE DEALERSHIP SETTLEMENT CLASS MEMBERS' MOTION TO ENFORCE PLANS OF ALLOCATION WITH REGARD TO RESERVE FUND ELIGIBILITY**

Crowell & Moring LLP respectfully submits this Appendix of Exhibits on behalf of Wolfe Automotive Group, Kings Nissan & Kings Infiniti Inc., and Young Automotive Group LLC ("Dealership Members") in support of their Motion to Enforce Plans of Allocation With Regard To Reserve Fund Eligibility.

| Ex. | Description | Date |
|---|---|---|
| 1. | *In re Dry Max Pampers Litig.*, 724 F.3d 713 (6th Cir. 2018) | N/A |
| 2. | *Beecher v. Able*, 575 F.2d 1010 (2d Cir. 1978) | N/A |
| 3. | *In re Orthopedic Bone Screw Prod. Liab. Litig.*, 246 F.3d 315 (3d Cir. 2001). | N/A |
| 4. | *In re "Agent Orange" Prod. Liab. Litig.*, 689 F.Supp. 1250 (E.D.N.Y. 1988) | N/A |

| Ex. | Description | Date |
|---|---|---|
| 5. | Order Re: Indirect Purchaser Plaintiffs' and States Attorney General's Joint Motion for Interim Reimbursement of Expenses, *In re TFT-LCD Flat Panel Antitrust Litig.*, No. 3:11-cv-00711 (N.D. Cal. Oct. 20, 2014), ECF No. 273 | 10/20/14 |
| 6. | Motion and Memorandum in Support for Order to Approve Distribution of Settlement Funds to Class Members and Payment of Notice Fees for the Direct Purchaser Settlement Classes, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio), ECF No. 2086 | 05/09/16 |
| 7. | Order Granting Motion for Order to Approve Distribution, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio), ECF No. 2095 | 05/16/16 |
| 8. | Indirect Purchaser Plaintiff Class Motion for an Order Approving Claims, Authorizing Distribution of Net Settlement Funds, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio), ECF No. 2172 | 07/10/17 |
| 9. | Court's Distribution Order, ECF No. 2184, *In re Polyurethane Foam Antitrust Litig.*, No. 10-2196 (N.D. Ohio), ECF No. 2184 | 10/30/17 |
| 10. | Direct Purchaser Plaintiffs' Distribution Motion, *Dairy Farmers of Am., Inc. Cheese Antitrust Litig.*, No. 09-3690 (N.D. Ill. 2016), ECF No. 786 | 12/05/16 |
| 11. | Notification of Docket Entry – Minute Order Granting Distribution Motion, *Dairy Farmers of Am., Inc. Cheese Antitrust Litig.*, No. 09-3690 (N.D. Ill. 2016), ECF No. 802 | 01/10/17 |

-4-

July 31, 2020

Respectfully submitted,

By: */s/ Jared A. Levine*
Jared A. Levine
Crowell & Moring LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 803-4000
Facsimile:  (212) 223-4134
Email: jalevine@crowell.com

Deborah E. Arbabi
Daniel A. Sasse
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414
Email:  darbabi@crowell.com
          dsasse@crowell.com

Emma K. Burton
Ann L. Rives
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116
Email: eburton@crowell.com
          arives@crowell.com

Attorneys for Dealership Members