# EXHIBIT 7

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 2196 |
| This document relates to: ) ) ALL DIRECT PURCHASER CLASS ACTIONS ) ) | Index No. 10-MD-2196 (JZ) |

## **ORDER**

**AND NOW,** this 16th day of May, 2016, upon consideration of Plaintiffs' Motion and Memorandum in Support for Order to Approve Distribution of Settlement Funds to Class Members and Payment of Notice Fees for the Direct Purchaser Settlement Classes, it is hereby **ORDERED** that the Motion is **GRANTED.** The Court **APPROVES** Plaintiffs' request for direct distribution of the Net Settlement Funds, which consists of $1,480,441.56 from the Vitafoam Settlement; $69,222,808.53 from the Carpenter Settlement; $25,509,468.80 from the Leggett & Platt Settlement; $12,717,225.59 from the FFP Settlement; $47,704,871.32 from the FXI Settlement; $25,437,801.56 from the Future Foam Settlement; $9,898,652.51 from the Hickory Springs Settlement; $77,906,766.92 from the Mohawk Settlement; and $14,146,349.21 from the Woodbridge Settlement. The Court approves the administrative determinations of the Claims Administrator, Garden City Group, as set forth in Exhibits C, D, H, J, N, and R to the May 5, 2016 Declaration of Lori Castaneda, as to the Claims submitted by the various Settlement Classes and directs that the Net Settlement Funds should be distributed expediently pursuant to the distribution calculations set forth in Exhibits D, J, and R to the May 5, 2016 Declaration of Lori Castaneda.

The Court also **APPROVES** Plaintiffs' request for payments to the Claims Administrator for fees incurred to date, as set forth in Exhibit Q to the Declaration of Lori Castaneda. Such fees are as follows: $3,416.85 from the Leggett & Platt settlement fund; $9,271.05 from the Carpenter settlement fund; $11,508.46 from the FXI settlement fund; $3,741.04 from the Hickory Springs settlement fund; $18,795.04 from the Mohawk settlement fund; $3,069.98 from the FFP settlement fund; $6,134.68 from the Future Foam settlement fund; and $9,590.39 from the Woodbridge settlement fund.

SO ORDERED.

Signed this 16th day of May, 2016.

BY THE COURT:

s/ Jack Zouhary
JACK ZOUHARY
UNITED STATES DISTRICT JUDGE